IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA IVANOVITCH and<br>KAYDANCE IVANOVITCH,<br><br>Plaintiffs,<br><br>v.<br><br>LOAD N GO, INC.,<br>REGINALD JOSEPH, and<br>SIBLEY TRANSPORTATION, INC.<br><br>Defendants. | Civil Action No.: 1:26-cv-14763<br><br>**NOTICE AND PETITION OF REMOVAL** |

TO: United States District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
***Via ECF***

PLEASE TAKE NOTICE THAT Defendant Sibley Transportation, Inc., hereby moves to remove this action, filed by Lisa Ivanovitch and Kaydance Ivanovitch, from the Superior Court of Massachusetts, Law Division, Essex County, to the United States District Court for the District of Massachusetts in accordance with 28 U.S.C. §1446 and respectfully allege:

1. A civil action has been instituted against Defendants in the above-entitled action in the Superior Court of the State of Massachusetts, Essex County, styled Lisa Ivanovitch, et al v. Load N Go, Inc., et al, and bearing the Docket No. 2677CV01090, which was filed in said Court on August 26, 2026. Annexed hereto as **Exhibit "A"** is a copy of the said Complaint.

2. Plaintiffs have brought this action against the Defendants as a result of an alleged motor vehicle accident that is alleged to have occurred on or about November 17, 2025, in Andover, Massachusetts. *See* **Exhibit "A"**.

3. Upon information and belief, at the time of commencement of this action and the filing of this Notice of Removal:

a. Plaintiffs were domiciled in the State of New Hampshire, Rockingham County. (S*ee* **Exhibit "A"**);

b. Defendant Sibley Transportation, Inc., is a corporation incorporated in the state of Maine with a principal place of business located at 10 Miller Street, Bangor, Maine;

c. Defendant Reginald Joseph is a natural person domiciled in the state of Georgia and residing at 1308 Gran Ct., Roswell, Georgia 30076. (*See* **Exhibit "A"**); (*See* **Exhibit "B" (Summons))**; and

d. Defendant Load N Go, Inc., is a corporation organized under the state laws of Illinois, with a principal place of business located at 524 Territorial Drive, Suite B, Bolingbrook, Illinois 60440. (*See* **Exhibit "A"**) (*See* **Exhibit "C" (Summons))**.

4. Complete diversity of citizenship exists in this case because, for purposes of diversity, Plaintiffs are a citizens of New Hampshire, Sibley Transportation, Inc., is a citizen of Maine, Reginald Jospeh is a citizen of Georgia, and Load N Go, Inc., is a citizen of Illinois. *See* 28 U.S.C. § 1332(c)(1).

5. As a result of the aforementioned alleged motor vehicle accident, Plaintiff seeks damages in excess of $75,000 and Plaintiff alleges that he suffered severe personal injuries resulting in physical and emotional damages, pain and suffering, medical treatment and costs. (*see* **Exhibit "A"** and **Exhibit"D"**).

6. Defendant notices the removal of this action on the grounds that it is between the citizens of different states and allegedly involves a claim in excess of $75,000.00, exclusive of interest and costs; and is thereby removable under 28 U.S.C. § 1441, et. seq.

7. This Notice of Removal is timely, since it is filed within thirty (30) days of receipt

of the Plaintiff's Complaint by Defendant.

8. All other defendants consent to the removal of this action to the United States District Cour for the District of Massachusetts. *See* **Exhibit "E"**.

WHEREFORE, Defendant respectfully request that the action styled Lisa Ivanovitch, et al v. Load N Go, Inc., et al, and bearing the Docket No. 2677CV01090, filed in the Superior Court of Massachusetts, Essex County – Law Division, be removed to this Court.

Dated: October 21, 2026

Respectfully Submitted,



Joseph E. Morse, Esq.
BBO# 715524
jmorse@callahanfusco.com
Callahan & Fusco, LLC
1 Boland Drive, Suite 301
West Orange, New Jersey 07052
Attorneys for Defendant,
Sibley Transportation, Inc.

TO: Dillon Brozyna, Esq. (BBO# 712881)
Morgan & Morgan
155 Federal St., Suite 1502
Boston, MA 02110
dbrozyna@forthepeople.com
*Attorney for Plaintiffs*